FILED

2019 MAY 31 P 4:16

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

April 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JULIO CESAR MORENO-ORTIZ (1),<br>WENDY KAREN GUEVARA-HIDALGO (2),<br><br>　　　　Defendants. | Case No. **19CR2026 JAH**<br><br>I N D I C T M E N T<br><br>Title 31, U.S.C.,<br>Sec. 5332(a) and (b) - Bulk Cash Smuggling; Title 18, U.S.C., 2 - Aiding and Abetting; Title 31, U.S.C., Sec. 5332(b)(2) - Criminal Forfeiture |

The grand jury charges:

Count 1

On or about May 20, 2019, within the Southern District of California, defendants JULIO CESAR MORENO-ORTIZ and WENDY KAREN GUEVARA-HIDALGO, with intent to evade a currency reporting requirement of Title 31, United States Code, Section 5316, did knowingly conceal more than $10,000 in currency, to wit, approximately $104,377.00 in United States currency, in a conveyance, to wit, a silver 2007 Honda Element bearing Baja California license plate number U85NRF1, and Vehicle Identification Number 5J6YH18797L012248, did transport and attempt to transport said United States currency from a place within the United States to a place outside the United States, to wit, the Republic of Mexico; in violation of Title 31, United States Code, Sections 5332(a) and (b), and Title 18, United States Code, Section 2.

MJPE:nlv:San Diego:5/31/19

## FORFEITURE ALLEGATION

1. The allegation contained in this Indictment is realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 31, United States Code, Section 5332(b)(2).

2. As a result of committing the offense alleged in Count 1 of the Indictment and pursuant to Title 31, United States Code, Section 5332(b)(2), defendants JULIO CESAR MORENO-ORTIZ and WENDY KAREN GUEVARA-HIDALGO, shall forfeit to the United States all property, real and personal, involved in said offense and all property traceable to such property, including but not limited to, $104,377.00 in United States currency and a silver 2007 Honda Element bearing Baja California license plate number U85NRF1, and Vehicle Identification Number 5J6YH18797L012248.

All in violation of Title 31, United States Code, Section 5332(b)(2).

DATED: May 31, 2019.

A TRUE BILL:

*/s/ DRH*
Foreperson

ROBERT S. BREWER, JR.
United States Attorney

By: */s/*
MARIO J. PEIA
Assistant U.S. Attorney